UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Maria E. Pabon

Case No.: 22-17545
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, _____Chapter 7 Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Mitchell H. Cohen US Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable _____Jerrold N. Poslusny, Jr._____ on _____12/06/22_____ at _____11_____ a.m. at the United States Bankruptcy Court, Courtroom no. _____4C_____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 50 West Montrose Street
Vineland, NJ
Value $155,000.00

Liens on property: Select Portfolio
$150,896.00

Amount of equity claimed as exempt: $5,000.00

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re: | Case No. 22-17545-JNP
Maria E. Pabon | Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 02, 2022 | Form ID: pdf905 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Maria E. Pabon, 50 W Montrose St., Vineland, NJ 08360-4555 |
| cr | + | U.S. Bank, N.A., successor trustee to LaSalle Bank, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519712356 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 02 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 02 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519712341 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 02 2022 20:40:00 | Barclays Bank/ Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519712343 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2022 20:45:19 | CITI CARDS CBNA, 5800 SOUTH CORPORATE PLACE, Sioux Falls, SD 57108-5027 |
| 519712342 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2022 20:45:07 | Capital One Bank USA, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 519712344 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2022 20:40:00 | Comenity Bank/ Victori, PO Box 182789, Columbus, OH 43218-2789 |
| 519712345 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2022 20:40:00 | Comenity Capital/ Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 519712346 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2022 20:40:00 | Comenity Capital/BJSwholesale, PO Box 182120, Columbus, OH 43218-2120 |
| 519712347 | | Email/Text: mrdiscen@discover.com | Nov 02 2022 20:39:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 519712353 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2022 20:45:25 | Macys/Dsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 519712348 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 02 2022 20:39:00 | Goldman Sachs Bank, LOCKBOX 6112 PO BOX 7247, Philadelphia, PA 19170-6112 |
| 519712352 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 02 2022 20:40:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519712340 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 02 2022 20:39:00 | Kohls/ Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519712354 | ^ | MEBN | | |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 02 2022 20:34:27 | Office Of The Attorney General, 22 Market Street, PO Box 112, Div Of Law, Richard J Hughes Justice Com, Trenton, NJ 08625-0112 |
| 519712355 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Nov 02 2022 20:40:00 | | Select Portfolio Servicing, Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519712572 | + | Email/PDF: gecsedi@recoverycorp.com Nov 02 2022 20:45:23 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519732666 | + | Email/Text: RASEBN@raslg.com Nov 02 2022 20:39:00 | | U.S. Bank, N.A., Robertson, Anschutz, Schneid, Crane, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 519712357 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net Nov 02 2022 20:39:00 | | US Dept. of Education/Glelsi, PO Box 7860, Madison, WI 53707-7860 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519712349 | * | Goldman Sachs Bank, LOCKBOX 6112 PO BOX 7247, Philadelphia, PA 19170-6112 |
| 519712350 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519712351 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Brian Thomas | brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor U.S. Bank N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5 k_wilsonlaw@comcast.net, courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com |
| Seymour Wasserstrum | on behalf of Debtor Maria E. Pabon mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Nov 02, 2022 | Form ID: pdf905 | Total Noticed: 21

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6