Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22–17545–JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria E. Pabon
   50 W Montrose St.
   Vineland, NJ 08360

Social Security No.:
   xxx–xx–5476

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Linda Martin , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

50 West Montrose Street
Vineland, NJ

Dated: November 30, 2022
JAN: lgr

Jeanne Naughton
Clerk